**Order filed, December 11, 2017.**



In The

# Court of Appeals
### For The
# First District of Texas
_____

### NO. 01-17-00864-CV

### TU NGUYEN, Appellant

### V.

### RELATIVE LENDING, INC., Appellee

---

### On Appeal from the 10th District Court
### Galveston County, Texas
### Trial Court Case 17-CV-0790

---

### ORDER

The reporter's record in this case was due December 16, 2017. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Gail Jalufka, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 30 days** of the date of this order.

PER CURIAM